United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 98-1539
_____

Cleve Wesley Stutzman,                    *
                                          *
          Appellant,                      *
                                          *
     v.                                   *
                                          *
Kirk W. Handrup, Sheriff, Hamilton        *
Sheriff's Department; G. L. Schenck,      *
Trooper, Nebraska State Patrol; Gerald    *
E. Rouse, County Court; Muriel A.         *  Appeal from the United States
Dean, Supervisor, Department of           *  District Court for the
Motor Vehicles; Gary F. Hatfield,         *  District of Nebraska.
County Judge, Hamilton County             *
Courthouse; Chris Kolb, Sargent,          *
Nebraska State Patrol; Sonja Zaruba,      *      [UNPUBLISHED]
Clerk Magistrate, County Court,           *
Hamilton County Courthouse; Leland        *
B. Jones, Deputy County Attorney,         *
                                          *
          Appellees.                      *

_____

Submitted: March 20, 1998
Filed: March 26, 1998
_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.
_____

PER CURIAM.

Cleve Wesley Stutzman sued a number of individuals who allegedly had some involvement in his arrest and detention for a driving-related offense, claiming violations of various constitutional rights, including religious freedom. Defendants moved to dismiss; Stutzman moved for summary judgment; and the district court,[1] concluding the complaint neither complied with Federal Rule of Civil Procedure 8 nor stated a claim, granted dismissal. Having carefully reviewed the record, we find no abuse of discretion or error of law. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska, adopting the report and recommendations of the Honorable David L. Piester, United States Magistrate Judge for the District of Nebraska.